## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOLYN K. GOLDEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:06CV3275** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's motion to proceed *in forma pauperis* (Filing No. 3). The plaintiff filed an affidavit in support of the motion. **See** Filing No. 3, Exhibit A. Upon consideration,

**IT IS ORDERED:**

The plaintiff's motion to proceed *in forma pauperis* (Filing No. 3) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

DATED this 21st day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
