IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOLYN K. GOLDEN,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3275 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| **MICHAEL J. ASTRUE, Commissioner,**[1] | ) | |
| | ) | |
| Defendant. | ) | |

Jolyn K. Golden (Golden) filed an application for disability insurance benefits under Title II of the Social Security Act (Act), 42 U.S.C. §§ 401 *et seq.*, and an application for supplemental security income under Title XVI of the Act, 42 U.S.C. § 1381a and 1382c(a)(3) on March 23, 2004. Golden sought judicial review of the ALJ's determination as it represents the final decision of the Commissioner of the Social Security Administration.[2] In response to Golden's opening brief, the defendant filed the Motion to Reverse and Remand with Suggestions in Support (Filing No. 19). Upon consideration,

**IT IS ORDERED**:

1. The defendant's Motion to Reverse and Remand with Suggestions in Support (Filing No. 19) is granted.

2. This case is remanded back to the Commissioner in accord with sentence four of 42. U.S.C. § 405(g).

DATED this 13th day of July, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[1] Michael J. Astrue has been appointed to serve as Commissioner of Social Security, and is substituted as the defendant pursuant to Fed. R. Civ. P. 25(d).

[2] The parties consented to jurisdiction by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). **See** Filing No. 13.